ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Maruf Sharif Construction Company )       ASBCA Nos. 61853, 61918
)                           61974, 62022
)
Under Contract No. N33191-14-D-1053 )

APPEARANCE FOR THE APPELLANT:        Mr. Mohammad Asif Stanekzai
                                     President

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                     Rawn M. James, Jr., Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: February 25, 2020

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61853, 61918, 61974, 62022, Appeals of Maruf Sharif Construction Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals